

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2016

No. 04-15-00280-CR

Driss **NASSOURI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2608
Honorable Steve Hilbig, Judge Presiding

## O R D E R

On June 27, 2016, Appellant filed a motion for extension of time to file his motion for rehearing and motion for en banc reconsideration. Appellant's motion is granted. Any motion for rehearing or motion for en banc reconsideration is due to be filed with this court no later than July 14, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court